# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**CURTIS LEON SMALL,**

        **Plaintiff,**

**v.**          **CIVIL NO. 15-3016-SAC-DJW**

**ADAMS HEIGHTS MANUFACTURED**
**HOME PARK, LLC,**

        **Defendant.**

**( )**    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( x )**    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this matter is dismissed without prejudice.

Entered on the docket 02/24/15

**Dated: February 24, 2015**      **TIMOTHY M. O'BRIEN, CLERK**

        **s/S. Nielsen-Davis**
        **Deputy Clerk**